IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OAKWOOD HOMES CORPORATION, ET AL., | ) ) ) Chapter 11 ) Bankruptcy Case No. 02-13396 (PJW) |
| Debtors. | ) ) |
| OHC LIQUIDATION TRUST, BY AND THROUGH ALVAREZ & MARSHAL, LLC, THE OHC LIQUIDATION TRUSTEE, | ) ) ) Adv. Proc. No. 04-77214 ) ) |
| Plaintiff, | ) Civil Action No. 05-98 (KAJ) |
| v. | ) ) ) |
| BON AYRE HOMES, INC., | ) ) |
| Defendant. | ) ) ) |

ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW THE
REFERENCE OF THE ADVERSARY PROCEEDING FROM THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

Upon consideration of Defendants' Motion to Withdraw the Reference of the Adversary Proceeding from the United States Bankruptcy Court for the District of Delaware (Docket Item ["D.I."] 1; the "Motion"); and there being no opposition to the motion,

IT IS HEREBY ORDERED that the Motion is GRANTED; and,

IT IS FURTHER ORDERED that, the reference of this Adversary Proceeding is withdrawn from the Bankruptcy Court.

_____
UNITED STATES DISTRICT JUDGE

March 29, 2005
Wilmington, Delaware