**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **CHAMBERS OF**<br>**KENT A. JORDAN**<br>**DISTRICT JUDGE** | **LOCKBOX 10**<br>**844 KING STREET**<br>**U.S. COURTHOUSE**<br>**WILMINGTON, DELAWARE 19801** |

March 29, 2005

| | |
|---|---|
| William F. Taylor, Jr., Esq.<br>McCarter & English, LLP<br>919 N. Market Street - #1800<br>Wilmington, DE  19801 | L. Vincent Ramunno, Esq.<br>Ramunno & Ramunno, P.A.<br>903 N. French Street<br>Wilmington, DE  19801 |

   Re: OHC Liquidation Trust v. Bon Ayre Homes, Inc.
     <u>Civil Action No. 05-98-KAJ</u>

Dear Counsel:

  I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order.  Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

                Very truly yours,

                /s/ Kent A. Jordan
                Kent A. Jordan

KAJ:cas
Enclosure
cc: Clerk of the Court