IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: OAKWOOD HOMES CORPORATION, ET AL.,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No. 02-13396 (PJW) |
| OHC LIQUIDATION TRUST, BY AND THROUGH ALVAREZ & MARSHAL, LLC, THE OHC LIQUIDATION TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>BON AYRE HOMES, INC.,<br><br>Defendant. | Adv. Proc. No. 04-77214<br><br>Civil Action No. 05-98 (KAJ) |

## ORDER

At Wilmington, Delaware, this 18th day of October, 2005, there having been no activity in the above captioned case since March 29, 2005;

IT IS ORDERED that, on or before October 28, 2005, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
UNITED STATES DISTRICT JUDGE