IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> OAKWOOD HOMES CORPORATION, et ) <br> al., ) <br> ) <br> Debtors. ) <br> ) <br> ———————————————————— ) <br> OHC LIQUIDATION TRUST, by and ) <br> through Alvarez & Marsal, LLC, the OHC ) <br> Liquidation Trustee, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BON AYRE HOMES INC, ) <br> ) <br> Defendant. ) <br> ) | Chapter 11 <br><br> Bankruptcy Case No. 02-13396 (PJW) <br> Jointly Administered <br><br><br> Adv. Pro. No. 04-77214 (PBL) <br><br> Civil Action No. 05-98 (KAJ) |

**STIPULATION DISMISSING ADVERSARY COMPLAINT**

IT IS HEREBY STIPULATED pursuant Fed. Bankr. R. 7041(a)(1) that this action be dismissed with prejudice, each party to bear its own costs.

McCarter & English, LLP

_/s/ William F. Taylor, Jr._
William F. Taylor, Jr. (#2936)
919 N. Market St., Suite 1800
Wilmington, DE 19899
(302) 984-6300

Dated: 10/26/05

Attorneys for Plaintiff

Ramunno Ramunno & Seerba

_/s/ L. Vincent Ramunno_
L. Vincent Ramunno (#0594)
903 N. French Street
Wilmington, DE 19801
(302) 656-9400

Dated: 10/24/05

Attorneys for Defendant