IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OAKWOOD HOMES CORPORATION, et al.,<br><br>            Debtors. | Chapter 11<br><br>Bankruptcy Case No. 02-13396 (PJW)<br>Jointly Administered |
| OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee,<br><br>            Plaintiff,<br><br>v.<br><br>BON AYRE HOMES INC,<br><br>            Defendant. | Adv. Pro. No. 04-77214 (PBL)<br><br>Civil Action No. 05-98 (KAJ) |

## CERTIFICATION OF COUNSEL

Plaintiff, the OHC Liquidation Trust, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee, and by its undersigned counsel, and Defendant, Bon Ayre Homes Inc., by its authorized agent, hereby submit the Stipulation annexed hereto, entered into by the Plaintiff and Defendant, whereby the parties seek the Dismissal for the Adversary Complaint.

For the reasons set forth herein, the parties respectfully request that the Court approve the Stipulation annexed hereto.

Dated: 10/26/05

MCCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (#2936)
Katharine L. Mayer (#3758)
919 N. Market St., Suite 1800
Wilmington, Delaware 19899
(302) 984-6300

ATTORNEYS FOR THE OHC
LIQUIDATION TRUST