IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OAKWOOD HOMES CORPORATION, et al.,<br><br>          Debtors.<br><br>OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee,<br><br>          Plaintiff,<br><br>v.<br><br>BON AYRE HOMES INC,<br><br>          Defendant. | Chapter 11<br><br>Bankruptcy Case No. 02-13396 (PJW)<br>Jointly Administered<br><br>Adv. Pro. No. 04-77214 (PBL)<br><br>Civil Action No. 05-98 (KAJ) |

## ORDER

This matter comes before the Court on the Stipulation of the parties and the Court being otherwise advised in the premises:

IT IS ORDERED that the above-captioned action hereby is dismissed with prejudice.

Dated: _____          _____
                                                            The Honorable Kent A. Jordan