IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> OAKWOOD HOMES CORPORATION, et al., <br><br> Debtors. <br> ——————————————————— <br> OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee, <br><br> Plaintiff, <br><br> v. <br><br> BON AYRE HOMES INC, <br><br> Defendant. | Chapter 11 <br><br> Bankruptcy Case No. 02-13396 (PJW) <br> Jointly Administered <br><br><br> Adv. Pro. No. 04-77214 (PBL) <br><br> Civil Action No. 05-98 (KAJ) |

## CERTIFICATE OF SERVICE

I, William F. Taylor, Jr., Esquire, of McCarter & English, LLP, hereby certify that on October 26, 2005 service of the attached Stipulation Dismissing Adversary Complaint was made by first class U.S. Mail, postage prepaid, on the parties set forth on the attached service list.

MCCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (#2936)
Katharine L. Mayer (#3758)
919 N. Market St., Suite 1800
Wilmington, Delaware 19899
(302) 984-6300

ATTORNEYS FOR THE OHC
LIQUIDATION TRUST

## SERVICE LIST

Bon Ayre Homes, Inc.
903 North French Street
Wilmington, DE 19801

**Attorneys for the Defendant:**
L. Vincent Ramunno, Esq.
Ramunno, Ramunno & Scerba
903 North French Street
Wilmington, DE 19801