

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com

**WILLIAM F. TAYLOR, JR.**

Fax 302.984.6399
wtaylor@mccarter.com

# McCARTER & ENGLISH
ATTORNEYS AT LAW

October 26, 2005

**VIA HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
For the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

Re:    **OHC Liquidation Trust v. Bon Ayre Homes, Inc.**
       **Case No. 05-98**
       **Our File No. 99556-00001**

Dear Judge Jordan:

Enclosed please find the following Certification of Counsel, Stipulation Dismissing Adversary Complaint, Proposed Order and Certificate of Service filed with the United States District Court for the District of Delaware on October 26, 2005. We respectfully request that the enclosed order be entered at the convenience of the Court.

As always, I remain available to the Court should any questions arise.

Respectfully submitted,

WILLIAM F. TAYLOR, JR.

WFT/lmh

Enclosures

cc:    L. Vincent Ramunno, Esq.

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
| --- | --- | --- | --- | --- | --- | --- |
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |

ME1 5615150.1