IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| OAKWOOD HOMES CORPORATION, et al., | ) ) ) | Chapter 11 |
| | ) | Bankruptcy Case No. 02-13396 (PJW) |
| Debtors. | ) ) | Jointly Administered |
| OHC LIQUIDATION TRUST, by and through Alvarez & Marsal, LLC, the OHC Liquidation Trustee, | ) ) ) ) | Adv. Pro. No. 04-77214 (PBL) |
| | ) | Civil Action No. 05-98 (KAJ) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BON AYRE HOMES INC, | ) ) | |
| Defendant. | ) ) | |

## ORDER

This matter comes before the Court on the Stipulation of the parties and the Court being otherwise advised in the premises:

IT IS ORDERED that the above-captioned action hereby is dismissed with prejudice.

Dated: 10/26/05

_____
The Honorable Kent A. Jordan